**No. 09-764. Leslie D. Mower, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1537, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1231.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 340 Fed. Appx. 515.